IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTONIO JOHNSON,

               Plaintiff,

v.

DR. MILLER, SONYA ANDERSON
and JANE DOE I and II,

               Defendants.

ORDER

18-cv-1006-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Antonio Johnson is proceeding on Eighth Amendment claims that he was prescribed and dispensed the wrong medication and not properly treated when he developed harmful side effects. Defendants have moved to dismiss the Doe defendants on the ground that plaintiff has failed to comply with this court's orders and deadlines regarding discovery related to their identity. Dkt. #33.

Although plaintiff was incarcerated at the Wisconsin Secure Program Facility when he filed this lawsuit, he has since been released from custody to active community supervision. In the initial order screening the complaint, I warned plaintiff that if he "is transferred or released while this case is pending, it is his obligation to inform the court of his new address. If he fails to do this and defendants or the court are unable to locate him, his case may be dismissed for failure to prosecute." Dkt. #8 at 8. Plaintiff has failed to notify defendants or the court of his current address and has not filed anything with the court since August 8, 2019. The court has made repeated attempts to contact plaintiff, but

1

it has been unable to do so. Therefore, I will grant defendants' motion to dismiss the Doe defendants and dismiss the entire case for plaintiff's failure to prosecute it.

ORDER

IT IS ORDERED that

1. Defendants' motion to dismiss the Doe defendants, dkt. #33, is GRANTED.

2. Plaintiff Antonio Johnson's claims are DISMISSED WITH PREJUDICE for his failure to prosecute them. The clerk of court is directed to enter judgment for defendants and close this case.

Entered this 9th day of October, 2019.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge