IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO DA'MON JOHNSON,

    Plaintiff,

    v.

Case No. 18-cv-1006-bbc

GARY BOUGHTON, KENNETH MILLER,
SONYA ANDERSON, ROSE
GROCHOWSKI, JANE DOE1, JANE DOE 2,
JOHN DOE, AND JOLINDA WATERMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/10/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |